
STATE

v.

**OTVOS**

20160420
20150464

Supreme Court of Utah.

07/13/2016

Petition for Writ of Certiorari Denied.

STATE

v.

**GRAY**

20160501
20140027

Supreme Court of Utah.

07/20/2016

Petition for Writ of Certiorari Denied.

STATE

v.

**DAVIS**

20160506
20150900

Supreme Court of Utah.

08/24/2016

Petition for Writ of Certiorari Denied.

ROBINSON

v.

**ROBINSON**

20160309
20130652

Supreme Court of Utah.

08/09/2016

Petition for Writ of Certiorari Denied.

**IN RE A.D.**

20160422
20160088

Supreme Court of Utah.

07/13/2016

Petition for Writ of Certiorari Denied.

**LUCERO**

v.

**STATE**

20160380
20150197

Supreme Court of Utah.

08/10/2016

Petition for Writ of Certiorari Denied.

